UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Cause No. SA:14-CR-00247(1)-FB |
| | § | |
| AGUSTIN SERGIO DELEON GARZA | § | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO SENTENCING REPORT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes AGUSTIN SERGIO DELEON GARZA, Movant herein, and files this Motion for Extension of Time to Respond to Sentencing Report from April 27, 2015 until May 13, 2015.

Counsel for AGUSTIN SERGIO DELEON GARZA, requests an extension to Respond to Sentencing Report.

AGUSTIN SERGIO DELEON GARZA respectfully requests the Court to extend the time for Defendant to enter his Responses to Sentencing Report.

This motion is not made for purposes of delay but that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court enter its order granting this motion.

Respectfully submitted,

ARNULFO ORTIZ
814 W. Hildebrand
San Antonio, Texas 78212
Tel: (210) 734-2889
Fax: (210) 737-2889

By: /s/ Arnulfo Ortiz
    Arnulfo Ortiz
    State Bar No. 153230920
    Attorney for AGUSTIN SERGIO DELEON GARZA

## **CERTIFICATE OF SERVICE**

      This is to certify that on April 28, 2015, a true and correct copy of the above and foregoing document was served on the opposing counsel by facsimile.

                                                   /s/ Arnulfo Ortiz
                                                  Arnulfo Ortiz

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Cause No. SA:14-CR-00247(1)-FB |
| | § | |
| AGUSTIN SERGIO DELEON GARZA | § | |

**O R D E R**

On _____, 2015, came on to be considered AGUSTIN SERGIO DELEON GARZA's Motion for Extension of Time to Respond to Sentencing Report from April 27, 2015 until May 13, 2015, and said motion is hereby

(Granted)          (Denied)

_____
JUDGE PRESIDING